Larry A. WITTIG, Appellant,

v.

Michael F. RUDELITCH and Lori A. Rudelitch.

Michael F. Rudelitch and Lori A. Rudelitch

v.

Larry A. Wittig, Douglas R. Haas and Denise Haas, Appellants.

Supreme Court of Pennsylvania.

Jan. 28, 1999.

James R. Nanovic, Jim Thorpe, for Larry A. Wittig.

William G. Schwab, Lehighton, for Michael & Lori Rudelitch.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

*O R D E R*

PER CURIAM:

AND NOW, this 28th day of January, 1999, the appeals are dismissed as having been improvidently granted.